FILED
VANESSA L. ARMSTRONG, CLERK
DEC - 4 2019
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

IN THE MATTER OF THE SEARCH OF INFORMATION )
ASSOCIATED WITH TEXTNOW, INC USER )
TELEPHONE NUMBERS 385-235-3140 and ) CASE NO. 1:19-MJ-12-HBB
502-225-3789 THAT IS STORED AT PREMISES )
CONTROLLED BY TEXTNOW, INC. )

## MOTION TO UNSEAL

Comes the United States of America, by its counsel, and moves the Court to unseal all affidavits, applications, orders, and materials relating to the above-captioned matter which was ordered sealed by this Court by Order dated February 6, 2019, for the reason that the search warrant has been executed and there is no further reason for the materials attendant to the search warrant to remain sealed.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

Christopher C. Tieke
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
(502) 625-7079